**Karen M. SEAWORTH, Appellant,**

v.

**William F. MESSERLI; Ross Kramer; Jaime J. Hommerding, Appellees,**

**Karen M. Seaworth, Appellant,**

v.

**Messerli & Kramer, P.A.; Ross Kramer; Amanda E. Prutzman, Appellees,**

**Karen M. Seaworth, Appellant,**

v.

**William F. Messerli; Ross Kramer; Amanda E. Prutzman, Appellees.**

**Nos. 10–3532, 10–3533, 10–3534, 10–3535.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2011.

Filed: March 15, 2011.

Karen M. Seaworth, East Grand Forks, MN, pro se.

Derrick N. Weber, Jennifer Zwilling, Amanda E. Prutzman, Messerli & Kramer, Plymouth, MN, for Appellees.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

In these consolidated appeals, Karen M. Seaworth appeals the district court's [1] adverse grant of summary judgment in her four separate but related Fair Debt Collection Practices Act lawsuits. Having carefully reviewed the record and considered Seaworth's arguments for reversal, *see Volden v. Innovative Fin. Sys., Inc.*, 440 F.3d 947, 950 (8th Cir.2006) (standard of review), we find no basis for overturning the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.